■ In the Matter of JAKE M., a Person Alleged to be a Juvenile Delinquent, Appellant. [11 NYS3d 485]—Order of disposition,

Family Court, Bronx County (Gayle P. Roberts, J.), entered on or about November 29, 2013, which adjudicated appellant a juvenile delinquent upon his admission that he committed the act of unlawful possession of a weapon by persons under 16, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court properly denied appellant's suppression motion. School officials received reliable first-hand information from numerous identified students that appellant had brought a firearm to school and exhibited it. Unlike anonymous or confidential informants, identified citizen witnesses, including minors, are presumed to be reliable (*see e.g. People v Walker*, 278 AD2d 852 [4th Dept 2000], *lv denied* 96 NY2d 869 [2001]). The patdown of appellant's clothing amply met the standards for searches by school officials, "particularly in light of the urgency of interdicting weapons in schools" (*Matter of Steven A.*, 308 AD2d 359, 359 [1st Dept 2003]). Concur—Mazzarelli, J.P., Friedman, Richter, Manzanet-Daniels and Gische, JJ.